ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Derbyshire Machine & Tool Co. | ) ASBCA No. 62671-ADR |
| | ) |
| Under Contract No. SPE7M3-19-P-4007 | ) |

APPEARANCE FOR THE APPELLANT:   Mr. Paul Trenholm
   President

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
   DLA Chief Trial Attorney
   John J. Pritchard, Esq.
   Eric C. Selke, Esq.
   Trial Attorneys
   DLA Land and Maritime
   Columbus, OH

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 12, 2022

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62671-ADR, Appeal of Derbyshire Machine & Tool Co., rendered in conformance with the Board's Charter.

Dated: January 12, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals